**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TERRY HOLDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-2008 |
| | § | |
| BLUE CROSS AND BLUE SHIELD | § | |
| OF TEXAS, INC. EMPLOYEE | § | |
| LONG TERM DISABILITY PLAN, | § | |
| RELIANCE STANDARD LIFE INS. CO., | § | |
| FORT DEARBORN LIFE INS. CO, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on September 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge